FILED

08 JUL 25 PM 12: 15

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )
                Plaintiff,          )    CASE NO. 08CR01505-001-BTM
                                    )
        v.                          )    O R D E R
                                    )
EFRAIN AGUILAR-QUIROZ,              )
                                    )
                Defendant.          )
_____    )

    Pursuant to a written request from the United States Probation
Office, the sentencing date presently set for August 22, 2008 is
vacated and reset to October 3, 2008 at 8:30 a.m..

    If the defendant is on bond, defense counsel is to file an
acknowledgment of the next court date by the defendant within a
week of receipt of this order.


    DATED: July 24, 2008


                                _____
                                Barry Ted Moskowitz
                                U.S. District Judge


cc: all counsel of record
                                                            /rp